UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** August 21, 2018 | **Time:** 5 minutes<br>2:13 p.m. to 2:18 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 18-cv-00091-WHO | **Case Name:** Brooke v. RLJ HYH Emeryville, LP | |

**Attorney for Plaintiff:** Peter K. Strojnik (does not appear)
**Attorney for Defendant:** J. Patrick Allen (appearing telephonically)

**Deputy Clerk:** Jean Davis          **Court Reporter:** FTR Recording

**PROCEEDINGS**

Case management conference conducted. Defense counsel advises the Court that all terms of a settlement have now been agreed upon, and the settlement is currently being reduced to writing. The Court directs that those documents be completed within 30 days and that a notice of full settlement be filed of record within that time. The Court also reminds defense counsel of the need for remediation to be completed as agreed upon without delay.