UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>RLJ HYH EMERYVILLE, LP,<br><br>    Defendant. | Case No. 18-cv-00091-WHO<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 24 |

Defendant is hereby ORDERED TO SHOW CAUSE as to why the settlement agreed to on June 12, 2018, has not been finalized and effectuated. Defendant shall respond to this Order to Show Cause by finalizing and fully effectuating the agreed-to settlement and filing a notice with the Court confirming that the settlement has been finalized and effectuated on or before **September 21, 2018**.

If defendant contends a settlement was not reached on June 12, 2018, or otherwise has good cause for its failure to finalize or effectuate the parties' purported agreement, defendant shall explain its justifications by submitting a declaration from counsel on before **September 21, 2018**.

**IT IS SO ORDERED.**

Dated: September 6, 2018

William H. Orrick
United States District Judge